## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

Myron L. Smith
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

September 10, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE: REGALADO-Perea, Francisco
Case #5:03CR50030-001
<u>Violation Report</u>

Dear Judge Hendren:

This is to seek the Court's guidance in the matter of supervision in this case. On October 7, 2003, Your Honor, sentenced the defendant for *Illegal Re-Entry into the United States by Aggravated Felon after Deportation,* to 18 months Bureau of Prisons (BOP) custody and a 3 year term of supervised release. Offender was released from the BOP on September 24, 2004, and subsequently deported to Mexico. His term of supervision is set to expire on September 23, 2007.

On or about August 2, 2007, the offender was found by ICE to be unlawfully in the Western District of Arkansas, Fayetteville Division, without the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security. In addition, the defendant failed to report to the nearest U.S. Probation Office after re-entry into the United States. At this time, ICE has filed a criminal complaint and a non-bondable detainer. Regalado-Perea had an initial appearance on August 22, 2007, and was detained at that time pending further proceedings.

It is our recommendation that we continue to monitor Regalado-Perea's status regarding a new federal charge and the Court take no action regarding revocation, but instead include the alleged violation as part of the sentencing should Regalado-Perea in fact be indicted.

Should the Court require further information or prefer to handle this matter differently, please advise.

Respectfully,

Tobey L. Reely
U.S. Probation Officer

Reviewed by:

William E. Dunn, Jr.
Supervising U.S. Probation Officer

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 1 1 2007

CHRIS R. JOHNSON, CLERK
BY _____
    DEPUTY CLERK

✓ Pursue Course of Action as Stated

___ Submit Petition for Violation

___ Other _____

_____ 9/11/07
Jimm Larry Hendren        Date
Chief U.S. District Judge